UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| XIOMARA AZMITIA, | 2:09-CV-01751-PMP-PAL |
| Plaintiff, | |
| vs. | **ORDER** |
| JEAN PIERRE HERVIEUX, an individual; MULLEN TRUCKING, a Canadian Corporation, | |
| Defendants. | |

**IT IS ORDERED that** pursuant to the Stipulation of the parties approved by the Court on April 15, 2010, (Doc. #48), Plaintiff's Motion for Partial Summary Judgment (Doc. #42), filed on March 24, 2010, is **DENIED** as moot.

**IT IS FURTHER ORDERED that** Plaintiff's Motion to Continue Discovery Deadlines (Doc. #43), filed on April 8, 2010, is **GRANTED**.

DATED: May 24, 2010.

_____
PHILIP M. PRO
United States District Judge